IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL J. FORTE, <br><br> Plaintiff, <br><br> v. <br><br> AGUSTA WESTLAND PHILADELPHIA CORPORATION, <br><br> Defendant. | No.: 2:20-cv-04337 |

## CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant AgustaWestland Philadelphia Corporation certifies that Leonardo S.p.A. owns 10% or more of AgustaWestland Philadelphia Corporation's stock. Leonardo S.p.A. is a publicly held company listed on the Borsa Italiana stock exchange.

Dated: September 8, 2020

Respectfully submitted,

**MORGAN LEWIS & BOCKIUS LLP**

*/s/ Christopher J. Murphy*
Christopher J. Murphy (ID No. 56951)
Alex D. Perilstein (ID No. 325786)
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103
Phone: 215.963.5000
Fax: 215.963.5001
christopher.murphy@morganlewis.com
alex.perilstein@morganlewis.com

*Counsel for Defendant*
*AgustaWestland Philadelphia Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of September 2020, a true and correct copy of the foregoing Corporate Disclosure Statement on behalf of Defendant was served on the party listed below via ECF:

Christa Levko, Esq.
Ruppert Manes Narahari, LLC
1628 JFK Blvd., Suite 1650
Philadelphia, PA 19103
Phone: 215-475-3517
Fax: 215-475-3550
cl@rmn-law.com
*Counsel for Plaintiff*

/s/ *Christopher J. Murphy*
Christopher J. Murphy